**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 13-CV-2521-RM-MJW

JERRY W. EDDINS, DENA M. CANNON, SHRISICE WASHINGTON,
DIONNE MACKEY, STEPHANIE S. A. EDDINS, MICHAEL BYCZEK,
TERI NELSON, JULIANA VAN TUIL, KATIE YOUNG, AND SUZANNE BOLDEN,
on behalf of themselves and others similarly situated,

        Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

        Defendant.

_____

**Notice of Entry of Appearance for Ian D. Kalmanowitz**
_____

    COMES NOW Ian D. Kalmanowitz of the law firm of Cornish & Dell'Olio, P.C., 431 North Cascade Avenue, Suite 1, Colorado Springs, CO, 80903, Telephone 719-475-1204, Facsimile: 719-475-1264, and respectfully submits this Notice of Appearance as co-counsel for the Plaintiffs, Jerry W. Eddins, Dena M. Cannon, Shrisice Washington, Dionne Mackey, Stephanie S. A. Eddins, Michael Byczek, Teri Nelson, Juliana Van Tuil, Katie Young, and Suzanne Bolden.

    Respectfully submitted this 23rd day of September, 2013.

                                    CORNISH & DELL'OLIO, P.C.

                                    s/ Ian D. Kalmanowitz
                                    Ian D. Kalmanowitz, #32379
                                    Cornish & Dell'Olio, P.C.

431 N. Cascade Avenue, Ste. 1
Colorado Springs, CO 80903
TEL (719) 475-1204
FAX (719) 475-1264
Email: ikalmanowitz@cornishanddellolio.com
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September, 2013, I electronically filed with the Clerk of Court using the CM/ECF system a true and correct copy of the foregoing **Notice of Entry of Appearance for Ian D. Kalmanowitz** was sent by U.S. mail:

Emily Barnhard
The Corporation Company,
Registered Agent for Time Warner NY Cable, LLC
1675 Broadway, Suite 1200
Denver, CO 80202

s/Esther Kumma Abramson
Esther Kumma Abramson