## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   13-cv-02521-RM-MJW           FTR - Courtroom A-502

**Date:** October 11, 2013                          Courtroom Deputy, Cathy Pearson

| *Parties* | *Counsel* |
|---|---|
| JERRY W. EDDINS, | Walker G. Harman, Jr. |
| DENA M. CANNON, | Brian Moss |
| SHRISICE WASHINGTON, | Ian Kalmanowitz |
| DIONNE MACKEY, | |
| STEPHANIE S. A. EDDINS, | |
| MICHAEL BYCZEK, | |
| TERI NELSON, | |
| JULIANA VAN TUIL, | |
| KATIE YOUNG, and | |
| SUZANNE BOLDEN, | |

　　　　Plaintiffs,

v.

| | |
|---|---|
| TIME WARNER CABLE, LLC, | Nathan D. Chapman |
| | Paul G. Sherman |
| 　　　　Defendant. | Josh A. Marks |

### COURTROOM MINUTES / MINUTE ORDER

**TELEPHONIC HEARING**:   **MOTION HEARING**
**Court in session:**   **10:05 a.m.**
Court calls case.  Appearances of counsel by telephone.

The Court raises Defendant's EMERGENCY MOTION FOR PROTECTIVE ORDER for argument.

The Court makes findings on the record.

**It is ORDERED:**       Defendant's EMERGENCY MOTION FOR PROTECTIVE ORDER [Docket No. **16,** filed October 03, 2013] is **DENIED** for reasons as set forth on the record.

**It is ORDERED:**       All named Plaintiffs and a representative from Defendant who has authority to bind the Defendant corporation **shall be present in person at the November 14, 2013, Scheduling Conference, set for 10:00 a.m.**

        At that time, the Court will admonish the parties and place them on order of the Court regarding their conduct during the course of this case.

Discussion held regarding the attorneys' obligation to meet and confer prior to filing motions.

Hearing concluded.
**Court in recess:**     **10:40 a.m.**
Total In-Court Time    00:35

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.