# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 13-CV-2521-RM-MJW

JERRY W. EDDINS, DENA M. CANNON, SHRISICE WASHINGTON,
DIONNE MACKEY, STEPHANIE S. A. EDDINS, MICHAEL BYCZEK,
TERI NELSON, JULIANA VAN TUIL, KATIE YOUNG, AND SUZANNE BOLDEN,
on behalf of themselves and others similarly situated,

        Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

        Defendant.

## Notice of Entry of Appearance for Anthony E. Giardino

COMES NOW Anthony E. Giardino of the law firm Wargo & French LLP, 999 Peachtree Street N.E., 26th Floor, Atlanta, Georgia, 30309, Telephone (404) 853-1500, Facsimile (404) 853-1501, and respectfully submits this Notice of Appearance as counsel for Defendant Time Warner NY Cable LLC.

Respectfully submitted this 15th day of October, 2013.

        s/ *Anthony E. Giardino*
        Anthony E. Giardino
        Massachusetts Bar No. 672272
        WARGO & FRENCH LLP
        999 Peachtree Street, N.E., 26th Floor
        Atlanta, Georgia 30309
        Tel: (404) 853-1500
        Fax: (404) 853-1501
        Email: agiardino@wargofrench.com

        *Attorneys for Defendant Time Warner NY Cable LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2013, I electronically filed with the Clerk of Court using the CM/ECF system a true and correct copy of the foregoing **Notice of Entry of Appearance for Anthony E. Giardino**.

                                                s/ *Anthony E. Giardino*
                                                  Anthony E. Giardino