## THE HARMAN FIRM, PC – CONSENT FORM

I consent to have The Harman Firm, PC represent me regarding the employment practices of my employers and/or their subsidiaries and/or their parent corporations, in order to seek redress for, *inter alia*, their violations of the Fair Labor Standards Act of 1938 codified at 29 U.S.C. §§ 201–19 *et seq*.

__LaTasia Lacy__
Full name

__330 Tinkham Ct__
Street address and apartment

__C|S   CO   80911__
City, state, ZIP code

__719 2335732__
Telephone number

__babygurlt-35@msn.com__
Email address

To represent me in this lawsuit, I hereby designate: (please check)

    The Harman Firm, PC
    Attorneys for Plaintiffs
    200 West 57th Street, Suite 900
    New York, NY 10019

X __LaTasia Lacy__     __10/9/13__
Signature                         Date