IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02521-RM-MJW

JERRY W. EDDINS,
DENA M. CANNON,
SHRISICE WASHINGTON,
DIONNE MACKEY,
STEPHANIE S. A. EDDINS,
MICHAEL BYCZEK,
TERI NELSON,
JULIANA VAN TUIL,
KATIE YOUNG, and
SUZANNA BOLDEN,
on behalf of themselves and others similarly situated,

Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Motion to Strike Exhibit 5 to Docket Number 36 (Docket No. 39) is GRANTED.  The Clerk is directed to STRIKE Docket No. 36-5.

Date: November 6, 2013