# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

JERRY W. EDDINS, DENA M. CANNON, SHRISICE WASHINGTON,
DIONNE MACKEY, STEPHANIE S. A. EDDINS, MICHAEL BYCZEK,
TERI NELSON, JULIANA VAN TUIL, KATIE YOUNG, *and* SUZANNE BOLDEN
*on behalf of themselves and others similarly situated*,

        Plaintiffs,

v.

TIME WARNER NY CABLE LLC,        Case No. 13-cv-2521

        Defendant.

## MOTION FOR LEAVE TO APPEAR BY TELEPHONE
## AT SCHEDULING CONFERENCE

Plaintiffs hereby move for an order allowing the undersigned counsel, The Harman Firm, PC, to appear by telephone at the scheduling conference set for November 14, 2013 at 10:00 a.m., in the above-captioned matter.

The reason for this request is that personal appearance by the undersigned adds to the cost of this action by requiring approximately twelve (12) hours of time (including travel) for counsel, as well as airfare and lodging. Further, local counsel, who has knowledge of the case, will be present at the conference with Plaintiffs.

The undersigned has conferred with counsel for Defendant. They do not oppose this motion.

Dated:    New York, New York    Respectfully submitted,
          November 8, 2013

                                          By:        s/_____
                                                      Walker G. Harman, Jr.
                                                      THE HARMAN FIRM, P.C.
                                                      *Attorneys for Plaintiffs*

        200 West 57th Street, Suite 900
        New York, NY 10019
        (212) 425-2600
        Ian D. Kalmanowitz
        CORNISH & DELL'OLIO, P.C.
        *Attorneys for Plaintiffs*
        431 North Cascade Avenue, Suite 1
        Colorado Springs, Colorado  80903
        Tel.: (719) 387-8205
        Fax: (719) 475-1264
        ikalmanowitz@cornishanddellolio.com