IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02521-RM-MJW

JERRY W. EDDINS,
DENA M. CANNON,
SHRISICE WASHINGTON,
DIONNE MACKEY,
STEPHANIE S. A. EDDINS,
MICHAEL BYCZEK,
TERI NELSON,
JULIANA VAN TUIL,
KATIE YOUNG, and
SUZANNA BOLDEN,
on behalf of themselves and others similarly situated,

Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiffs' Motion for Leave to Appear by Telephone at Scheduling Conference (Docket No. 45) is GRANTED.  Counsel is directed to call the court's chambers (303-844-2403) at the scheduled time.

Date: November 12, 2013