IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02521-RM-MJW

JERRY W. EDDINS,
DENA M. CANNON,
SHRISICE WASHINGTON,
DIONNE MACKEY,
STEPHANIE S. A. EDDINS,
MICHAEL BYCZEK,
TERI NELSON,
JULIANA VAN TUIL,
KATIE YOUNG, and
SUZANNA BOLDEN,
on behalf of themselves and others similarly situated,

Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     Pursuant to D.C.COLO.LCivR 7.1C the court may rule on a motion "at any time after it is filed." Accordingly, it is hereby ORDERED that plaintiffs' Motion to Vacate Show Cause Hearing (Docket No. 56) is GRANTED. The Show Cause Order (Docket No. 53) and Show Cause Hearing set for November 22, 2013 at 11:00 a.m. are VACATED.

Date: November 21, 2013