IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02521-RM-MJW

JERRY W. EDDINS,
DENA M. CANNON,
SHRISICE WASHINGTON,
DIONNE MACKEY,
STEPHANIE S. A. EDDINS,
MICHAEL BYCZEK,
TERI NELSON,
JULIANA VAN TUIL,
KATIE YOUNG, and
SUZANNA BOLDEN,
on behalf of themselves and others similarly situated,

Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

Defendant.

## RECOMMENDATION ON
## PLAINTIFFS' MOTION TO DISMISS NAMED PLAINTIFFS WASHINGTON, MACKEY, BYCZEK, NELSON, AND YOUNG
**(Docket No. 55)**

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This case is before this court pursuant to an Order Referring Case (Docket No. 4) issued by Judge Raymond P. Moore on September 17, 2013.  Now before the court is plaintiffs' Motion to Dismiss Named Plaintiffs Washington, Mackey, Byczek, Nelson, and Young (Docket No. 55).

On October 11, 2013, the court held a motion hearing on defendant's Emergency Motion for Protective Order (Docket No. 16).  Defendant's motion was denied, however

2

the court ordered all named plaintiffs and a representative from defendant to appear at the November 14, 2013 scheduling conference.

At the November 13, 2013 scheduling conference, the following named plaintiffs failed to appear: Shrisice Washington, Dionne Mackey, Michael Byczek, Teri Nelson, and Katie Young**.**  Accordingly, the court entered an Order to Show Cause (Docket No. 53) and set a Show Cause Hearing for November 22, 2013.  Shrisice Washington, Dionne Mackey, Michael Byczek, Teri Nelson, and Katie Young were directed to appear at person at the Show Cause Hearing and, among other sanctions, show cause as to why they should not be dismissed pursuant to Fed. R. Civ. P. 16(f) and/or 41(b).

However, the court suggested that if plaintiffs moved to dismiss Shrisice Washington, Dionne Mackey, Michael Byczek, Teri Nelson, and Katie Young prior to the Show Cause Hearing, the court would consider vacating the hearing.  Defendant did not object to such an arrangement, however there was disagreement as to whether those plaintiffs should be dismissed with or without prejudice.

On November 21, 2013, plaintiffs filed the subject motion seeking to dismiss Shrisice Washington, Dionne Mackey, Michael Byczek, Teri Nelson, and Katie Young without prejudice.  Simultaneously, plaintiffs filed a Motion to Vacate the Show Cause Hearing and Show Cause Order (Docket No. 56), which the court granted (Docket No. 58) the same day.

Pursuant to D.C.COLO.LCivR 7.1C the court may rule on a motion "at any time after it is filed."  The court finds, that considering the current posture of this case, dismissal of those plaintiffs without prejudice is appropriate.  However, as the court warned at the November 14, 2013 scheduling conference, the court will not tolerate any

3

"gamesmanship" from plaintiffs' counsel, such as any attempt by Shrisice Washington, Dionne Mackey, Michael Byczek, Teri Nelson, and Katie Young to opt into the case at a later date. If such an attempt is made, defendant shall be permitted to make its argument as to why those plaintiffs should not be permitted to opt in. The court will then determine if opt in of those plaintiffs should be allowed.

**WHEREFORE,** for the foregoing reasons, it is hereby

**RECOMMENDED** that plaintiffs' Motion to Dismiss Named Plaintiffs Washington, Mackey, Byczek, Nelson, and Young (Docket No. 55) be **GRANTED** and plaintiffs Shrisice Washington, Dionne Mackey, Michael Byczek, Teri Nelson, and Katie Young be dismissed without prejudice.

**NOTICE: Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2), the parties have fourteen (14) days after service of this recommendation to serve and file specific written objections to the above recommendation with the District Judge assigned to the case. A party may respond to another party's objections within fourteen (14) days after being served with a copy. The District Judge need not consider frivolous, conclusive, or general objections. A party's failure to file and serve such written, specific objections waives de novo review of the recommendation by the District Judge, Thomas v. Arn, 474 U.S. 140, 148-53 (1985), and also waives appellate review of both factual and legal questions. Makin v. Colo. Dep't of Corr., 183 F.3d 1205, 1210 (10th Cir. 1999); Talley v. Hesse,**

4

**91 F.3d 1411, 1412-13 (10th Cir. 1996).**

Date:  November 22, 2013              s/ Michael J. Watanabe
       Denver, Colorado              Michael J. Watanabe
                                              United States Magistrate Judge