IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02521-RM-MJW

JERRY W. EDDINS,
DENA M. CANNON,
SHRISICE WASHINGTON,
DIONNE MACKEY,
STEPHANIE S. A. EDDINS,
MICHAEL BYCZEK,
TERI NELSON,
JULIANA VAN TUIL,
KATIE YOUNG, and
SUZANNA BOLDEN,
on behalf of themselves and others similarly situated,

Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

Defendant.
_____

MINUTE ORDER
_____

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Joint Motion for Protective Order (docket no. 60) is GRANTED finding good cause shown.  The written Protective Order (docket no. 60-1) is APPROVED as amended in paragraphs 6 and 14 and made an Order of Court.

Date: December 2, 2013