**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-02521-RM-MJW

JERRY W. EDDINS,
DENA M CANNON,
SHRISICE WASHINGTON,
DIONNE MACKEY,
STEPHANIE S. A. EDDINS,
MICHAEL BYCZEK,
TERI NELSON,
JUIANA VAN TUIL,
KATIE YOUNG, and
SUZANNE BOLDEN, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

    Defendant.

---

**ORDER
ADOPTING RECOMMENDATION (ECF NO. 59)**

---

THIS MATTER is before the Court on the United States Magistrate Judge's "Recommendation on Plaintiffs' Motion to Dismiss Named Plaintiffs Washington, Mackey, Byczek, Nelson, and Young (Docket No. 55)" (ECF No. 59) issued November 22, 2013. The Magistrate Judge recommended Plaintiffs' Motion to Dismiss (ECF No. 55) be granted and the following named plaintiffs be dismissed without prejudice: Shrisice Washington, Dionne Mackey, Michael Byczek, Teri Nelson, and Katie Young. The Recommendation advised the parties they

had fourteen days after service of the Recommendation to file any objections. The time permitted for any objections has expired and no objections to the Recommendation have been filed.

The Court has reviewed the Motion to Dismiss, Recommendation, and file, and concludes the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) Advisory Committee's Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). Therefore, it is ORDERED as follows:

1. That the Magistrate Judge's Recommendation (ECF No. 59) is **ADOPTED** in its entirety as an order of this Court; and

2. That the Plaintiffs' Motion to Dismiss Named Plaintiffs Washington, Mackey, Byczek, Nelson, and Young (ECF No. 55) is **GRANTED** and Plaintiffs Shrisice Washington, Dionne Mackey, Michael Byczek, Teri Nelson, and Katie Young are hereby dismissed without prejudice.

DATED this 22nd day of January, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge