# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  13-cv-02521-RM-MJW                FTR - Courtroom A-502

**Date:**   January 22, 2014                            Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| JERRY W. EDDINS,<br>DENA M. CANNON,<br>SHRISICE WASHINGTON,<br>DIONNE MACKEY,<br>STEPHANIE S. A. EDDINS,<br>MICHAEL BYCZEK,<br>TERI NELSON,<br>JULIANA VAN TUIL,<br>KATIE YOUNG, and<br>SUZANNA BOLDEN, on behalf of themselves and others similarly situated,<br><br>          Plaintiff(s),<br><br>v.<br><br>TIME WARNER NY CABLE LLC,<br><br>          Defendant(s). | Walker G. Harman, Jr.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Anthony E. Giardino<br>Michael D. Kabat |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC STATUS CONFERENCE**
**Court in Session:**   9:08 a.m.
Court calls case. Appearances of counsel. Also on the conference call for Plaintiff is Brian Moss.

Status of the case is discussed. Defendant notes the first deposition is scheduled February 10, 2014. It is noted deadline to complete fact Discovery as to Phase One concerning class certification is March 07, 2014.

The Court Recommendation [Docket No. 59] as to Plaintiffs' Motion to Dismiss Named Plaintiffs Washington, Mackey, Byczek, Nelson, and Young (Docket No. 55) is pending. Defendant states it has no objection to the Recommendation.

Discovery concerns are discussed.
Defendant notes a letter of deficiency was given to Plaintiffs. Three main concerns as to the deficiencies stated by Defendant are (1) verified, complete interrogatory responses  (2) identify what documents come from which plaintiffs in terms of the production  (3) a Privilege Log.

**It is ORDERED:**      **On or before JANUARY 31, 2014**, Plaintiff shall provide complete responses to the items addressed in the Defendant's letter of deficiency.

Plaintiff notes there are currently six Opt-in individuals who have expressed interest.

**It is ORDERED:**      A  **TELEPHONIC STATUS CONFERENCE**   is set **MARCH 13, 2014   at 11:00 a.m.**  (Mountain Time).

To ensure a more adequate connection, parties shall use a Conference Operator.  At least four (4) working days prior to the date set for the conference call, counsel for the plaintiff(s) shall call chambers (303) 844-2403 with the conference call-in telephone number and access code.

Topics of discussion will include
(1)   Update on discovery - Phase One should be complete
(2)   Status on any additional potential Opt-in Plaintiffs.

Hearing concluded.

**Court in recess:**      9:25 a.m.
Total In-Court Time 00:17

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or     Toll Free    1-800-962-3345.