**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-02521-RM-MJW

JERRY W. EDDINS,
DENA M CANNON,
STEPHANIE S. A. EDDINS,
JULIANA VAN TUIL, and
SUZANNE BOLDEN, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

    Defendant.

---

**ORDER
GRANTING MOTION TO DISMISS NAMED PLAINTIFFS (ECF NO. 71)**

---

    THIS MATTER is before the Court on Plaintiffs Jerry W. Eddins and Stephanie S. A. Eddins' Motion to Dismiss Named Plaintiffs ("Motion") (ECF No. 71) filed pursuant to Fed.R.Civ.P. 41(a)(2). Upon consideration of the unopposed Motion, and being otherwise fully advised in the premises, it is

    ORDERED that the Motion is GRANTED and Plaintiffs Jerry W. Eddins and Stephanie S. A. Eddins are hereby dismissed as named plaintiffs in this action without prejudice.

    DATED this 6th day of February, 2014.

                                        BY THE COURT:

                                        _____
                                        RAYMOND P. MOORE
                                        United States District Judge