### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

JERRY W. EDDINS, DENA M. CANNON, STEPHANIE S. A. EDDINS,
JULIANA VAN TUIL, *and* SUZANNE BOLDEN
*on behalf of themselves and others similarly situated*,

                          Plaintiffs,

v.

TIME WARNER NY CABLE LLC,              Case No. 13-cv-02521-RM-MJW

                          Defendant.

### AMENDED MOTION TO DISMISS NAMED PLAINTIFFS

      Plaintiffs Jerry W. Eddins and Stephanie S. A. Eddins, by and through their attorneys, The Harman Firm, PC and Cornish and Dell'Olio, P.C., hereby move as follows:

      1.     Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the aforementioned Plaintiffs respectfully request to be removed as named plaintiffs from the above-captioned case.

      2.     Both Plaintiffs have new jobs. Due to their work commitments, they cannot adequately represent the interests of the putative plaintiffs and participate in the above-captioned action as named plaintiffs.

      3.     They respectfully request the right to participate as an opt-in plaintiff if and when notice is sent to them.

      4.     Pursuant to Local Rule 7.1, we have conferred with counsel for Defendant regarding this motion and they have represented that they will not oppose it to the extent it seeks dismissal. They do however, oppose Plaintiffs' proposal that they be permitted to opt in at a later time.

Repectfully submitted,

Dated: New York, New York
February 6, 2014

By:   s/  Walker G. Harman, Jr.
Walker G. Harman, Jr.
THE HARMAN FIRM, PC
*Counsel for Plaintiffs*
1776 Broadway, Suite 2030
New York, New York 10019
Tel.: (212) 425-2600
Fax: (212) 202-3926
wharman@theharmanfirm.com

Ian D. Kalmanowitz
CORNISH & DELL'OLIO, P.C.
*Counsel for Plaintiffs*
431 North Cascade Avenue, Suite 1
Colorado Springs, Colorado  80903
Tel.: (719) 387-8205
Fax: (719) 475-1264
ikalmanowitz@cornishanddellolio.com