IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13–cv–02521–RM–MJW

JERRY W. EDDINS,
DENA M CANNON,
STEPHANIE S. A. EDDINS,
JULIANA VAN TUIL, and
SUZANNE BOLDEN, on behalf of themselves and others similarly situated,

        Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

        Defendant.

_____

**ORDER**
_____

        THIS MATTER is before the Court on Plaintiffs Jerry W. Eddins and Stephanie S. A.

Eddins' (collectively, the "Eddins") Amended Motion to Dismiss Named Plaintiffs ("Amended

Motion") (ECF No. 73) filed pursuant to Fed.R.Civ.P. 41(a)(2).   Upon consideration of the

Amended Motion, and Defendant's objection to the Eddins' request that they be permitted to opt in

at a later time, the Court's Order entered February 6, 2014 (ECF No. 72) is hereby

WITHDRAWN.   It is also

        ORDERED that the Eddins' Motion to Dismiss Named Plaintiffs (ECF No. 71) is denied as

        moot; and

FURTHER ORDERED that Defendant shall file any response to the Amended Motion,

limited to ten pages excluding the certificate of service, by Friday, February 14, 2014.

DATED this 7th day of February, 2014.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge