# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**  13-cv-02521-RM-MJW             FTR - Courtroom A-502

**Date:**   March 13, 2014                                        Courtroom Deputy, Ellen E. Miller

*Parties*                                                                                *Counsel*

JERRY W. EDDINS,                                                  Ian D. Kalmanowitz
DENA M. CANNON,
STEPHANIE S. A. EDDINS,
JULIANA VAN TUIL, and
SUZANNA BOLDEN,
on behalf of themselves and others similarly situated,

      Plaintiff(s),

v.

TIME WARNER NY CABLE LLC,                               Anthony E. Giardino

      Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC  STATUS  CONFERENCE**
**Court in Session:**    11:19 a.m.
Court calls case.  Appearances of counsel.

Status of the case is discussed.  Discussion is held regarding items resolved as to the letter of deficiency.

On or before **MARCH 20, 2014**, Plaintiffs shall identify which plaintiff is the source of which documents which were provided to Defendant.

On or before **MARCH 28, 2014**, Plaintiffs shall provide an updated, detailed Privilege Log to Defendant.

Plaintiffs counsel advises the Court that plaintiffs Jerry W. Eddins and Stephanie S. A. Eddins will not file a Reply as to their Amended Motion to Dismiss Named Plaintiffs [Docket No. 73, filed February 06, 2014].

It is noted the deadlines for Plaintiffs to file motion for conditional certification are no earlier than APRIL 07, 2014 and no later than APRIL 11, 2014.

**It is ORDERED:** A **TELEPHONIC STATUS CONFERENCE** is set **APRIL 24, 2014 at 9:00 a.m.** (Mountain Time)

To ensure a more adequate connection, parties shall use a conference operator or conference circuit. . Plaintiff shall initiate the conference call.  At least four (4) working days prior to the date set for the conference call, counsel for the plaintiff(s) shall call chambers (303) 844-2403 with the conference call-in telephone number and access code.

Topics of discussion will include  (1) status of any additional opt-in plaintiffs.

Hearing concluded.
**Court in recess:**     11:43 a.m.
Total In-Court Time 00:24

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.