IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02521-RM-MJW

JERRY W. EDDINS,
DENA M. CANNON,
STEPHANIE S. A. EDDINS,
JULIANA VAN TUIL, and
SUZANNA BOLDEN,
on behalf of themselves and others similarly situated,

Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In view of defendant's Notice (Docket No. 91), it is hereby ORDERED that Defendant Time Warner NY Cable LLC's Motion to Compel Production of Documents and for Contempt (Docket No. 82) is DENIED WITHOUT PREJUDICE.

Date: May 7, 2014