IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02521-RM-MJW

DENA M. CANNON,
JULIANA VAN TUIL, and
SUZANNA BOLDEN,
on behalf of themselves and others similarly situated,

Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Time Warner NY Cable LLC's Motion for Leave to Attend Scheduling Conference by Telephone (Docket No. 112) is GRANTED. At the appointed time, chambers can be contacted at (303) 844-2403. If more than one individual will be appearing by telephone, counsel is directed to have all such persons on the line prior to contacting chambers.

Date: November 3, 2014