**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-02521-RM-MJW

DENA M. CANNON,
JUIANA VAN TUIL, and
SUZANNE BOLDEN, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

    Defendant.

_____

**ORDER GRANTING
JOINT MOTION TO AMEND COURT-APPROVED NOTICE
AND FOR APPROVAL OF CONSENT FORM (ECF NO. 118)**
_____

THIS MATTER is before the Court on the parties' Joint Motion to Amend Court-Approved Notice and for Approval of Consent Form ("Joint Motion") (ECF No. 118). Upon consideration of the Joint Motion, and being otherwise fully advised, it is **ORDERED:**

    1.    That the Joint Motion (ECF No. 118) is **GRANTED**;

    2.    That the Notice (ECF No. 118-2) is **APPROVED**; and

    3.    That the Consent (ECF No. 118-3) is **APPROVED**.

DATED this 13th day of November, 2014.

                                      BY THE COURT:

                                      _____
                                      RAYMOND P. MOORE
                                      United States District Judge