IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 13-cv-02521-RM-MJW

DENA M. CANNON, JULIANA VAN TUIL,
and SUZANNE BOLDEN,
on behalf of themselves and others similarly situated,

                Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

                Defendant.

## CONSENT FORM

I, __Jennifer Mathis__ (print name), having read and understood the Notice enclosed with this Consent Form, am eligible to be a party to the above action, and consent to be joined as an opt-in Plaintiff.

I intend to be represented by (please check):

[x] The Harman Firm, PC

[ ] Another lawyer _____ (name of lawyer or law firm)

[ ] Myself (pro se)

Signature: _JMathis_  Date: 11/25/14

Street address and apartment: 2642 Willard Drive

City, state, ZIP code: Colorado Spgs, CO 80911

Telephone number: (719) 440-6764

Email address: MarieMathis@Comcast.Net
(Comcast.Net)