IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02521-RM-MJW

DENA M. CANNON,
JULIANA VAN TUIL, and
SUZANNA BOLDEN,
on behalf of themselves and others similarly situated,

Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Amend the Court's Order of January 16, 2015 (Docket No. 186) is DENIED.

In light of the collective nature of a FLSA action, it is often appropriate to limit the number of depositions and to use alternative formats to reduce the cost and burden of depositions. *See, e.g.*, *Forauer v. Vt. Country Store, Inc.*, 2014 WL 2612044 (D. Vt. June 11, 2014) (allowing all 25 plaintiffs to be deposed but ordering out-of-state plaintiffs to be deposed remotely). Here, however, Plaintiffs provide insufficient grounds for doing so. Given the comparatively limited number (10) of depositions currently scheduled, and limited number of out-of-state deponents (3), Defendant is well within its rights to insist on in-person depositions. *See generally Srebnik v. Dean*, Case No. 05-cv-01086-WYD-MJW, 2006 WL 2331014 (D. Colo. June 20, 2006) (ordering one deposition to take place remotely due to showing of extreme hardship; ordering remaining deposition to be in person because "the remaining plaintiffs have failed to demonstrate extreme hardship").

Date: February 19, 2015