IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02521-RM-MJW

DENA M. CANNON, JULIANA VAN TUIL, and SUZANNA BOLDEN, on behalf of
themselves and others similarly situated,

Plaintiffs,

v.

TIME WARNER NY CABLE LLC,

Defendant.

**REPORT & RECOMMENDATION ON DEFENDANT'S MOTION TO DISMISS OPT-IN
PLAINTIFF TERRI NELSON AND FOR ATTORNEYS' FEES
(Docket No. 203)**

**Michael J. Watanabe
United States Magistrate Judge**

This matter is before the Court on Defendant's motion to dismiss opt-in plaintiff

Terri Nelson, referred by District Judge Raymond P. Moore (Docket Nos. 203 & 206).

The parties filed a joint motion for approval of a settlement agreement on June 4,

2015.  (Docket No. 218.)  At the Court's last status conference, on May 11, 2015

(Docket No. 216), the parties represented orally that the expected settlement agreement

included opt-in plaintiff Terri Nelson.  Nothing in the proposed settlement agreement

appears to contradict that representation.  Accordingly, the Court recommends that

Defendant's Motion to Dismiss Opt-In Plaintiff Terri Nelson and for Attorneys' Fees

(Docket No. 203) be DENIED AS MOOT.

**NOTICE:  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2),**

**the parties have fourteen (14) days after service of this recommendation to serve**

**and file specific written objections to the above recommendation with the District**

2

**Judge assigned to the case.  A party may respond to another party's objections within fourteen (14) days after being served with a copy.  The District Judge need not consider frivolous, conclusive, or general objections.  A party's failure to file and serve such written, specific objections waives de novo review of the recommendation by the District Judge, <u>Thomas v. Arn</u>, 474 U.S. 140, 148-53 (1985), and also waives appellate review of both factual and legal questions. <u>Makin v. Colo. Dep't of Corr.</u>, 183 F.3d 1205, 1210 (10th Cir. 1999); <u>Talley v. Hesse</u>, 91 F.3d 1411, 1412-13 (10th Cir. 1996).**

Date:  June 4, 2015                          s/ Michael J. Watanabe
       Denver, Colorado                          Michael J. Watanabe
                                   United States Magistrate Judge